IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN LEWIS GUYMON, JR.,<br><br>                    Plaintiff,<br><br>v.<br><br>DOUGLAS SCOTT LITSEY,<br><br>                    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:18-cv-00850-DB-DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

Before the court is the Report and Recommendation issued by the magistrate judge on September 14, 2020, (Dkt. No. 21) recommending that the court deny Plaintiff's Motion for Summary Judgment and Plaintiff's Motion for Emergency Injunction.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b). As of the date of this Order, no objections have been filed to the Report and Recommendation.

The court has completed de novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation. The analysis and conclusion of the magistrate judge are correct, and the Report and Recommendation will be adopted.

Accordingly, IT IS HEREBY ORDERED that the Report and Recommendation of the magistrate judge (Dkt. No. 21) is ADOPTED in its entirety. Plaintiff's Motion for Summary Judgment (Dkt. No. 15) and Motion for Emergency Injunction (Dkt. No. 16) are DENIED.

DATED this 7th day of October, 2020.

BY THE COURT

District Judge Dee Benson